Steven M. Dailey #163857
Rebecca L. Wilson #257613
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: Steven.Dailey@kutakrock.com
Email: Rebecca.Wilson@kutakrock.com

Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACY FARMER, <br><br> Plaintiff, <br><br> v. <br><br> SELECT PORTFOLIO SERVICING, INC., EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC, <br><br> Defendants. | Case No. 1:19-cv-00413-DAD-BAM <br><br> Assigned to: <br> District Judge Hon. Dale A. Drozd <br> Courtroom: 5 <br><br> Assigned Discovery: <br> Magistrate Judge Hon. Barbara A. McAuliffe <br><br> **ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT SELECT PORTFOLIO SERVICING, INC. TO RESPOND TO INITIAL COMPLAINT** <br><br> Date Filed: March 29, 2019 |

///
///
///
///
///
///
///

4833-1668-5463.1
830902-441
- 1 -
1:19-cv-00413-DAD-BAM

ORDER GRANTING SECOND STIPULATION TO
EXTEND TIME TO ANSWER COMPLAINT

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

1  The Court, having reviewed the second Stipulation ["Stipulation"] filed by Plaintiff STACY FARMER ["Plaintiff"] and Defendant SELECT PORTFOLIO SERVICING, INC. ["SPS"] by and through their attorneys of record, and good cause appearing, HEREBY ORDERS THAT: The date by which SPS will respond to Plaintiff's Complaint is extended to June 21, 2019.

IT IS SO ORDERED.

Dated: **May 17, 2019**            /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

4833-1668-5463.1
830902-441
- 2 -
1:19-cv-00413-DAD-BAM
KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE
ORDER GRANTING SECOND STIPULATION TO
EXTEND TIME TO ANSWER COMPLAINT