UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY FARMER,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>    Defendant. | No.  1:19-cv-00413-DAD-BAM<br><br>ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT SELECT PORTFOLIO SERVICING, INC. TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT<br><br>(Doc. No. 11.) |

On May 16, 2019, the parties filed a second joint stipulation to extend time for defendant Select Portfolio Servicing, Inc. to answer plaintiff's complaint. (Doc. No. 11.) Good cause appearing and the parties having so stipulated, it is hereby ordered that defendant Select Portfolio Servicing, Inc. shall have until June 21, 2019 to answer plaintiff's complaint.

IT IS SO ORDERED.

Dated: __**May 20, 2019**__            _____
                                                                    UNITED STATES DISTRICT JUDGE

1